TO: THE HONORABLE CLERK OF
    COURT.
    U.S. DISTRICT COURT.                    RDB-08-2375
    101 W. LOMBARD ST.
    BALTIMORE, MARYLAND 21201-2691

RE: CIVIL ACTION PURSUANT TO
    5 U.S.C. §552

                                    FILED ____ ENTERED
                                    LODGED ____ RECEIVED
                                    SEP 0 4 2008
                                    CLERK U.S. DISTRICT COURT
                                    DISTRICT OF MARYLAND
                                    BY _____ DEP

DEAR HONORABLE CLERK;                    SEPTEMBER 2, 2008

    PLEASE FIND ENCLOSED, PLAINTIFF'S MOTION FOR CIVIL ACTION UNDER FREEDOM OF INFORMATION ACT 5 U.S.C. §552.

    I WOULD ASK THAT THIS MATTER BE FILED W/O ANY FEE AS PLAINTIFF STATES UNDER PENALTY OR PERJURY THAT PLAINTIFF IS INDIGENT AND WITHOUT ANY FUNDS TO FILE, AND PLAINTIFF STATES THAT HE IS ENTITLED TO THE RELIEF SOUGHT.

CC: FILE
                                    RESPECTFULLY SUBMITTED,
                                    _____
                                    RANDY A. WEAVER
                                    PLAINTIFF PRO SE.
                                    7300 MARCIE CHOICE LN.
                                    Frederick, MD. 21704

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 04 2008

RANDY A. WEAVER,
    Plaintiff,
V.                                  CIVIL ACTION NO;_____
UNITED STATES DEPARTMENT
OF JUSTICE, ET AL.,
    Defendant's.
_____/

## PLAINTIFF WEAVER'S MOTION TO COMPEL DISCLOSURE OF RECORDS

On August 11,2008; Plaintiff WEAVER mailed a request for production of records under the Freedom of Information Act 5 U.S.C. 552, to the "Records Officer" with the Department of Justice. [See exhibit #1].

The request sought disclosure of any records contained within the defendant's files that relate directly to the plaintiff. Request even made reference to the statute's requirement of defendant's responding within Twenty days of receipt.

Request further went on to provide exact personal information to assist the defendant's with locating the plaintiff's records within their files.

Further, also included within plaintiff's request was a request for a waiver of fee's due to plaintiff being indigent. The defendant's failed to respond at all to the plaintiff's request for records and therefore the plaintiff files this motion with this Honorable Court now seeking disclosure by a motion to compel the same.

Dated this 2nd day of
September ,2008.

Respectfully Submitted,

Randy A. WEAVER
Plaintiff-Pro Se
7300 Marcie Choice Lane
Frederick, Maryland 21704

Enc: Copy of request(exhibit).

PLAINTIFF
EXHIBIT #1

TO: UNITED STATES DEPARTMENT OF JUSTICE
F.O.I.A. RECORDS OFFICER
950 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC. 20530

FROM: MR. RANDY A. WEAVER
7300 MARCIE CHOICE LANE
FREDERICK, MARYLAND 21704

RE: REQUEST PURSUANT TO 5 USCS §552, 552(a)
FREEDOM OF INFORMATION ACT

To whom it may concern;          August 11, 2008

PLEASE CONSTRUE THIS LETTER AS MY REQUEST FOR DISCLOSURE OF ANY/ALL RECORDS IN YOUR CUSTODY AND/OR CONTROL THAT RELATE DIRECTLY TO THIS REQUESTER.

TO MAKE YOUR RECORDS SEARCH EASIER, I HAVE ENCLOSED PERSONAL IDENTIFYING INFORMATION ON MYSELF TO ASSIST IN YOUR SEARCH OF YOUR FILES.

PURSUANT TO 5 USCS §552(a)(6) YOUR AGENCY HAS (20) TWENTY-DAYS FROM DATE OF THIS LETTER'S RECEIPT IN YOUR OFFICE TO PROVIDE REQUESTED INFORMATION, OR REQUESTER HAS THE RIGHT TO PURSUE CIVIL ACTION AGAINST YOU FOR FAILURE TO COMPLY.

ADDITIONALLY, PURSUANT TO 5 USCS §552(a)(4)

THIS REQUESTOR STATES THAT HE IS INDIGENT, AND WITHOUT ANY MEANS TO PAY FOR SUCH RECORDS. YOUR AGENCY IS STILL REQUIRED TO DISCLOSE THESE RECORDS OR FILES TO ME.

INFORMATION TO ASSIST YOU IS:

RANDY ANTHONY WEAVER
D.O.B. 02/26/1964
SS# 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

P.S. If you need additional information, you are instructed to contact me immediately with what additional info you need.

Sincerely yours,

*Randy A. Weaver* (signature)

RANDY A. WEAVER