IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANDY A. WEAVER                       *
        Plaintiff,
   v.                                          *    CIVIL ACTION NO. RDB-08-2375

U.S. DEPT. OF JUSTICE             *
        Defendant.
                                             *****

**O R D E R**

In accordance with the foregoing Memorandum Opinion, IT IS this 24th day of September, 2008, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED WITHOUT PREJUDICE;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL MAIL a copy of this Order and the foregoing Memorandum Opinion to Plaintiff.

                                              /s/
                                              RICHARD D. BENNETT
                                              UNITED STATES DISTRICT JUDGE